UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES FIDELITY & GUARANTY INSURANCE COMPANY a/s/o S & S Cheesecake, Inc. and other interested insureds under the policy of insurance,

Plaintiff,

-v-

JADA PIZZA CORP. d/b/a Marconi's Pizza 2,

Defendant.

Case No. 08-CV-5136

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

United States Fidelity & Guaranty Insurance Company   (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

PLEASE SEE ADDENDUM

Date: 6/2/2008

Signature of Attorney

Attorney Bar Code: 5388

Addendum to Rule 7.1 Corporate Disclosure Statement:

United States Fidelity & Guaranty Insurance Company is an indirect wholly-owned subsidiary of the St. Paul Travelers Companies, Inc., a publicly traded company.

St. Paul Travelers Companies, Inc. certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

- The Standard Fire Insurance Company
- The Travelers Indemnity Company or
- Travelers Casualty and Surety Company
- Farmington Casualty Company
- The Automobile Insurance Company of Hartford, Connecticut
- The Charter Oak Fire Insurance Company
- The Phoenix Insurance Company
- The Travelers Home and Marine Insurance Company
- The Travelers Indemnity Company of America
- The Travelers Indemnity Company of Connecticut
- Travelers Property Casualty Company of America (formerly known as the Travelers Indemnity Company of Illinois; name change effective 01/01/04)
- The Travelers Lloyds Insurance Company
- TravCo Insurance Company
- Travelers Casualty Insurance Company of America (formerly known as Travelers Casualty and Surety Company of Illinois; name change effective 01/01/04)
- Travelers Casualty Company of Connecticut
- Travelers Commercial Insurance Company
- Travelers Excess and Surplus Lines Company
- Travelers Lloyds of Texas Insurance Company
- Travelers Personal Security Insurance Company
- Travelers Property Casualty Insurance Company
- Travelers Personal Insurance Company (formerly known as Travelers Property Casualty Insurance Company of Illinois; name change effective 01/01/04)
- St. Paul Insurance Company
- USF&G Insurance Company
- St. Paul Fire and Marine Insurance Company
- St. Paul Mercury Insurance Company