| | |
|---|---|
| PROVEST, LLC<br>P.O. Box 1180<br>Bay Shore, New York 11706<br>(631) 666-6168 | SHEPS LAW GROUP<br>35 Pinelawn Drive<br>Melville, NY 11747 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INDEX # 08CV5136

UNITED STATE FIDELITY & GUARANTY INSURANCE
COMPANY A/S/O S&S CHEESECAKE, INC. AND OTHER
INTERESTED INSUREDS UNDER THE POLICY OF
INSURANCE,

                        Plaintiff,

Against

**AFFIDAVIT OF SERVICE**

JADA PIZZA CORP. D/B/A MARCONI'S PIZZA 2
                    Defendants,

STATE OF NY    COUNTY OF SUFFOLK

Monica E Dopwell being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of NY.

That on June 10, 2008 at 7:30PM at 224 W. 238TH STREET, BRONX, NY, 10463, deponent served the within Federal Civil Cover Sheet, Rule 7.1 Statement and Federal Summons and Complaint bearing index # 08CV5136, filed 06/04/2008 on **JADA PIZZA CORP. D/B/A MARCONI'S PIZZA 2**, defendant therein named,

**CORPORATION**

[X]

A corporation, by delivering thereat a true copy of each to **BILL WEST, MANAGER**, personally; deponent knew said so served to be the corporation described as the named defendant and knew said individual to be the AUTHORIZED AGENT thereof.

**DESCRIPTION**

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follow:

| Sex | Skin Color | Hair Color | Age (Aprx) | Height (Aprx) | Weight (Aprx) |
|---|---|---|---|---|---|
| M | WHITE | BALD | 35 | 5'10" | 210 |

**USE IN NYC CIVIL CT.**

The language required by NYCRR 2900.2(e), (f) & (h) was set forth on the face of said summons(es)

**MILITARY SERVICE**

[X]

I asked the person spoken to whether the defendant was in active military service of the United States or of the State of NY in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief I aver that the defendant is not in the military service of NY or of the United States as that term is defined in either the State or Federal statutes.

SWORN TO BEFORE ME ON 6/12/08

Debra Ali
Notary Public, State of New York
No. 4956451
Qualified in Suffolk County
Commission Expires September 25, 2009

LICENSE # 1240610
FILE # 6879
CASE ID # 1020725

UNITED STATES FIDELITY & GUARANTY INSURANCE COMPANY A/S/O S & S CHEESECAKE, INC., AND OTHER RELATED INSUREDS UNDER THE POLICY OF INSURANCE,

                         Plaintiff(s)     INDEX#  08 CV 5136

against                                    Date filed 6/4/2008

JADA PIZZA CORP. D/B/A MARCONI'S PIZZA 2,

                                  Defendant(s)

STATE OF NEW YORK                         COUNTY OF ALBANY       6879   / 1020125

# SECRETARY OF STATE - AFFIDAVIT OF SERVICE

**ANDREW C. LIBERTY** being duly sworn, deposes and says that deponent is not a party to this action, is over the age of 18 years and has a principal place of business in the County of Albany, State of New York. That on **6/11/2008 at 2:45 PM,** at the office of the Secretary of State, of the State of New York in the City of Albany, New York, he served a true copy of a

**SUMMONS IN A CIVIL ACTION AND COMPLAINT**

on **JADA PIZZA CORP. D/B/A MARCONI'S PIZZA 2, Defendant** in this action.

By delivering to and leaving with **CAROL VOGT**, authorized agent in the office of the Secretary of the State, State of New York, personally at the office of the Secretary of State, of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00. That said service was made pursuant to Section 306 BCL

Bearing Index Number and Filing Date endorsed thereon.

[ ] Deponent additionally served upon the above named defendant one (1) true copy of the RPAPL SEC. 1303 Homeowner's Foreclosure Notice which was printed in bold, 14 point font size and printed on colored paper which is a color other than said pleading

[ ] an additional copy of the summons was mailed to the defendant pursuant to CPLR 3215

**Description**     Description of the Recipient is as follows:

A Female with White skin, Brown hair, who is approximately 55 years of age and has an approximate height of 5' 1" and approximate weight of 125 pounds.

Other identifying features are as follows: Glasses.

                        ANDREW C. LIBERTY
                        Process Server

State of New York
County of Albany

Sworn to before me on this 11 day of June, 2008

Notary Public - Michelle M. Santspree

Michelle M. Santspree
Notary Public, State of New York
NO. 01SA5047611
Qualfied in Albany County
Commission Expires August 7, 2009

Barbara M. Santspree
Notary Public, State of New York
No. 01SA6071764
Qualified in Albany County
Commission Expires March 25, 2010